IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NOVITAZ, INC., a Delaware Corporation, *Plaintiff and Counter-Defendant*, v. SHOPKICK, INC., a Delaware Corporation, *Defendant and Counterclaimant.* | Case No. 3:13-CV-01613-JBA  JURY TRIAL DEMANDED |

## DEFENDANT SHOPKICK, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION FOR TRANSFER

Shopkick, Inc. submits to the Court the attached supplemental authority in connection with shopkick's Motion for Change of Venue. In *Protegrity Corp. v. Informatica Corp.*, Case No. 13-CV-1410 (AVC) (D. Conn. March 17, 2014), Judge Covello granted Informatica's motion for transfer from this District to the Northern District of California. (Ex. A.) The *Protegrity* transfer Order is important because it is based on strikingly similar facts to those underlying shopkick's transfer motion, including:

- Protegrity USA and Informatica are Delaware corporations, as are Novitaz and shopkick.

- Protegrity's CEO is Suni Munshani, and he is the Novitaz Director on whom Novitaz also relies in opposing a transfer in this action.

- Informatica's principal place of business is in the Northern District of California – Redwood City, California, to be specific – as is shopkick's. Novitaz's only physical

**ORAL ARGUMENT REQUESTED**

- operation is in Santa Clara, also in the Northern District of California, near Redwood City.

- Informatica's witnesses are in the Northern District of California, as are both sides' witnesses in the present case – both shopkick's entire executive team and Novitaz's inventors on the asserted patents.

- Protegrity's counsel is Gray Robinson of Tampa, Florida, particularly Woodrow Pollack and Stefan Stein; the same firm and individual attorneys are counsel for Novitaz.

Given these facts, the same reasoning applies here as Judge Covello expressed in his *Protegrity* transfer order – "Connecticut's connection is dwarfed by the Northern District of California's critical role in this case." (Ex. A at 10.)

Shopkick respectfully requests that the Court consider this supplemental authority in deciding shopkick's Motion for Change of Venue.

//

//

Dated: May 14, 2014                    DEFENDANT SHOPKICK, INC.

/s/ Kevin M. Smith
Kevin M. Smith (ct24774)
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
New Haven, Connecticut  06510
Phone: (203) 498-4400
Fax: (203) 782-2889
Email: ksmith@wiggin.com

and

Nagendra Setty (phv06535)
George L. Kanabe (phv06536)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Phone: (415) 773-5700
Fax: (415) 773-5759
Email: nsetty@orrick.com
Email: gkanabe@orrick.com

Andrew S. Ong (phv06537)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Phone: (650) 614-7400
Fax: (650) 614-7401
Emil: aong@orrick.com

ATTORNEYS FOR DEFENDANT
SHOPKICK, INC.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NOVITAZ, INC.,<br>a Delaware Corporation,<br><br>        Plaintiff and<br>        Counter-Defendant,<br><br>   v.<br><br>SHOPKICK, INC.,<br>a Delaware Corporation,<br><br>        Defendant and<br>        Counterclaimant | Case No. 3:13-CV-01613-JBA<br><br>JURY TRIAL DEMANDED |

### CERTIFICATE OF SERVICE

I hereby certify that, on May 14, 2014, a copy of the foregoing DEFENDANT SHOPKICK, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION FOR TRANSFER was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may also access this filing through the Court's CM/ECF System.

                                                   /s/ Kevin M. Smith
                                                   Kevin M. Smith (ct24774)
                                                   WIGGIN AND DANA LLP
                                                   One Century Tower
                                                   265 Church Street
                                                   New Haven, Connecticut  06510
                                                   Phone: (203) 498-4400
                                                   Fax: (203) 782-2889
                                                   Email: ksmith@wiggin.com

24099/1/3062468.1